UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. JAMES ANGELL, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>WAL-MART STORES, INC., a Delaware corporation; and DOES 1-10, inclusive,,<br><br>            Defendant. | Case No.  S-10-3195 LKK/EFB<br><br>**ORDER DISMISSING ACTION WITH PREJUDICE**<br><br>State Case Filed: September 30, 2010<br>Trial Date: June 5, 2012 |

TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

Based on the parties filing a Stipulation Dismissing Action with Prejudice pursuant to Federal Rules of Civil Procedure Rule 41(a)(1), the Court hereby dismisses this action with prejudice.  Each party to bear their own attorney's fees and costs.

Dated:  January 9, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT